# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145519 & (12)

FLORA GARCIA, Personal Representative of
the ESTATE OF ZAVIEAR HOLLIS, Deceased,
      Plaintiff-Appellee,

v

ST. JOSEPH MERCY HOSPITAL-OAKLAND
and TRINITY HEALTH CORPORATION, d/b/a
ST. JOSEPH MERCY OAKLAND HOSPITAL,
      Defendants-Appellants.

SC: 145519
COA: 310708
Oakland CC: 2010-114896-NH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2012

_____
Clerk

d0731